$$\begin{array}{r} 40 \\ \times 14 \\ \hline 160 \\ 4\phantom{0} \\ \hline 560 \\ \times 4 \\ \hline 2240 \end{array}$$